UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR738-LAB |
| vs. | ORDER |
| Marco Antonio Daguino-Romero | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 07375298 |

On order of the United States District/Magistrate Judge, NITA L. STORMES

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Leticia Hernandez-Garcia

DATED: 3-13-08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

2008 MAR 13 A 4:23

OR

W. SAMUEL HAMRICK, JR. Clerk

by S. Perrault

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082