UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR738-LAB |
| vs. | ORDER |
| Marco Antonio Dagnino-Romero | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 07375298 |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Sebastian Rosas-Escobedo

DATED: 3-13-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** S. Perrault **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95