UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Marco Antonio Dagnino-Romero
Defendant(s)

CRIMINAL NO. 08CR738-LAB

ORDER

RELEASING MATERIAL WITNESS

Booking No. 07375298

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Silvia Sanchez-Hernanez

DATED: 3-13-08

2008 MAR 13 A 4: 23
RECEIVED

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]
**Deputy Clerk**